# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
chp13@execpc.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

September 1, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

FILED MAIL
SEP 02 2009
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

RE: DBTR: John M. Derge
CASE NO: 05-29449 SVK
CREDITOR: Check World

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1057146 which replaces check # 1051156 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the creditor.

Thank You.

OFFICE OF CHAPTER 13 TRUSTEE

cc: file

Mary B. Grossman
Chapter 13 Trustee
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203

SunTrust Bank

August 27, 2009

64-79 / 611

No. 1057146

PAY** Twenty Six Dollars and 16 Cents*************************************************************
TO THE ORDER OF

AMOUNT ********* ********$26.16***

00000965
CLERK OF US BANKRUPTCY COURT
126 U S COURTHOUSE
517 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202-

VOID AFTER November 25, 2009
Positive Pay Account

⑆1057146⑆ ⑈061100790⑈ 00000057517⑉

Mary B. Grossman, Chapter 13 Trustee  
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 1057146

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-29449-SVK | 010-0 | JOHN M. DERGE | | 194.29 | 26.16 | 0.00 | 26.16 |

Mary B. Grossman
Chapter 13 Trustee
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

SunTrust Bank

June 29, 2009

64-79
611

No. 1051156

PAY** Twenty Six Dollars and 16 Cents************************************
TO THE ORDER OF

AMOUNT **************$26.16 ***

00048377
CHECK WORLD
PO BOX 1198
BRISTOW, OK 74010-1198

VOID AFTER September 27, 2009
Positive Pay Account

VOID

⑊1051156⑊ ⑉061100790⑉ 0000005751771⑊

Mary B. Grossman, Chapter 13 Trustee                    Check No. 1051156
Pay to: 00048377  CHECK WORLD
    Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-29449-SVK | 010-0 | JOHN M. DERGE | | 194.29 | 26.16 | 0.00 | 26.16 |



VOID
unc
funds